JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JAVIER RODRIGUEZ−GONZALEZ,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 5:26-cv-04048-ACCV<br>**JUDGMENT** |

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is denied and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's August 31, 2026 Order Denying Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: August 31, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge